UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROMAINE BAIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:19-cv-00510-ACA-HNJ |
| DAVID REVERA, Field Officer Director-ICE, et al., | ) ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On December 12, 2019, the magistrate judge entered a report recommending the court dismiss Petitioner Romaine Bain's 28 U.S.C. § 2241 petition without prejudice. (Doc. 13). Although the report and recommendation advised Mr. Bain of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the material in the court file, including the report and recommendation, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. The court **WILL DISMISS** Mr. Bain's § 2241 petition **WITHOUT PREJUDICE**.

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this January 8, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE